FILED: May 16, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1819
(1:16-cv-00119-LO-MSN)
_____

WALL & ASSOCIATES, INC.

      Plaintiff - Appellant

v.

BETTER BUSINESS BUREAU OF CENTRAL VIRGINIA, INC.; BETTER BUSINESS BUREAU OF METROPOLITAN WASHINGTON; COUNCIL OF BETTER BUSINESS BUREAUS, INC.

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered 04/24/2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*